JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMIM CHOWDHURY, | No. ED CV 26-1252-MEMF(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| TODD M. LYONS, ETC., ET AL., | |
|     Respondents. | |

Pursuant to the "Order for Entry of Judgment," it is adjudged that:  (1) Respondents are enjoined from re-detaining Petitioner without compliance with 8 C.F.R. § 241.4(I)(1), 8 C.F.R. § 241.13(i), and 8 U.S.C. § 1231; (2) Respondents are enjoined from imposing any release restrictions on Petitioner, such as electronic monitoring, unless deemed necessary at a future pre-deprivation bond hearing; and (3) the Petition is otherwise dismissed without prejudice.

DATED: May 19, 2026.

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE